UNITED STATES DISTRICT COURT                                  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/28/2008        CASE NUMBER: 08-15793M-SD        [CLOSED]

USA vs. Jose Quinonez-Medina

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____        INTERPRETER  Ricardo Gonzalez
                                               LANGUAGE  Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA  5/22/08              ☐ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn              ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of complaint. Defense does not object. Court dismisses case without prejudice. Case is closed.

                                            Recorded by Courtsmart
                                            BY: Angela J. Tuohy
                                            Deputy Clerk

UNITED STATES DISTRICT COURT          MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/23/08          CASE NUMBER: 08-15793M-SD

USA vs. Jose Quinonez-Medina

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____  
INTERPRETER: Ricardo Gonzalez  
LANGUAGE: Spanish

Attorney for Defendant: Juan Rocha (AFPD)  
MATERIAL WITNESS(es): _____  
MATERIAL WITNESS(es) state true name(s) to be: _____  
Attorney for Material Witness(es): _____

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 5/22/08  
☐ Financial Afdvt taken  
☐ Rule 5(c)(3)  

☒ Initial Appearance  
☒ Defendant Sworn  
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☒ Appointment of counsel hearing held  
☐ Financial Afdvt sealed

**DETENTION HEARING:**  
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset  
Set for:  
Before:  
☒ Defendant ordered temporarily detained in the custody of the United States Marshal  
☐ Defendant ordered released _____  
☐ Defendant continued detained pending trial  
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**  
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset  
☐ Waived  
Set for:  
Before:  
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**  
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset  
☐ Waived  
Set for:  
Before:  
☐ Probable cause found  ☐ Dismissed  
☐ Held to answer before District Court

**STATUS HEARING:** re: Waiver of Venue  
☐ Held  ☐ Con't  ☐ Reset  
Set for: 5/28/08 at 2:30 pm  
Before: Magistrate Judge Irwin

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense requests that Government justify their motion. Government explains reason for motion. Court grants motion and sets status hearing.

Recorded by Courtsmart  
BY: Angela J. Tuohy  
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose QUINONEZ-Medina
Citizen of Mexico
YOB: 1981
088768518
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15793M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 13, 2008, near Andrade, California in the Southern District of California, Defendant Jose QUINONEZ-Medina, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Alfredo Prieto
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 23, 2008                    at              Yuma, Arizona
Date                                          City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Jose QUINONEZ-Medina |
| Dependents: | 1 Mexican |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has two Border Patrol arrests. |

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 4/7/08 | Yuma, AZ | Assault-touched to injure victim/domestic violence | 30 days jail, 1 year probation |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on January 13, 2008.

Charges: 8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____May 23, 2008_____      _____
Date                                              Signature of Judicial Officer